UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | **JOINTLY ADMINISTERED UNDER CASE NO. 08-45257** |
| PETTERS COMPANY, INC., ET AL, | Court File No. 08-45257 |
| Debtors. | |
| | Court File Nos: |
| (includes: | |
| Petters Group Worldwide, LLC; | 08-45258 (GFK) |
| PC Funding, LLC; | 08-45326 (GFK) |
| Thousand Lakes, LLC; | 08-45327 (GFK) |
| SPF Funding, LLC; | 08-45328 (GFK) |
| PL Ltd., Inc. | 08-45329 (GFK) |
| Edge One LLC; | 08-45330 (GFK) |
| MGC Finance, Inc.; | 08-45331 (GFK) |
| PAC Funding, LLC; | 08-45371 (GFK) |
| Palm Beach Finance Holdings, Inc.) | 08-45392 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER FOR SCHEDULING CONFERENCE ON "UNIQUE ISSUES"
UNDER MOTIONS FOR DISMISSAL IN TRUSTEE'S AVOIDANCE LITIGATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

At St. Paul, Minnesota
April 9, 2012.

Certain "unique issues" were posed by a limited number of defendants in the avoidance litigation commenced by the Trustee in these cases, in their motions for dismissal. These "unique issues" were excepted from the prescribed treatment for "common issues" that have been submitted to the court by larger numbers of defendants. Two groups of defendants asserting "unique issues" have been sued by trustees in cases related to the ones named above, on theories that may be common to litigation in these cases.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/09/2012*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk

It is now time to address the scheduling for the presentation of these remaining "unique issues" to the court, including coordination among adversary proceedings commenced out of the several related groupings of cases. To the court's knowledge, the adversary proceedings that require such scheduling are:

### *In re Petters Company, Inc.* - BKY 08-45257

| | |
|---|---|
| Kelley, Stoebner, Seaver v. JPMorgan Chase, et al | 10-4443 |
| Kelley v. JPMorgan Chase, et al | 10-4446 |
| Kelley v. Opportunity Finance, et al | 10-4301 |
| Kelley v. West LB | 10-4301 |
| Kelley v. Opportunity Finance, LLC | 10-4375 |
| Kelley v. Crown Bank | 10-4429 |
| Kelley v. Westford Special Situations Master Fund, LP, et al | 10-4396 |
| Kelley v. Vicis Capital Master Fund, Ltd. | 10-4440 |
| Kelley v. U.S. Trust, Bank of America Private Wealth Management, as custodian of the Errol Carlstrom IRA | 10-4213 |
| Kelley v. Southwest Securities, Inc., as custodian of the Hayden R. Fleming IRA | 10-4255/10-4257 |

### *In re Polaroid Corporation* - BKY 08-46617

| | |
|---|---|
| Kelley, Stoebner, Seaver v. JPMorgan Chase, et al | 10-4444 |
| Stoebner v. Opportunity Finance, et al | 10-4600 |

### *In re Petters Capital, LLC* - BKY 09-43847

| | |
|---|---|
| Kelley, Stoebner, Seaver v. JPMorgan Chase, et al | 10-4445 |

IT IS ORDERED:

1. On *May 15, 2012, at 1:30 p.m.*, counsel for the plaintiffs and the defendants in the adversary proceedings named above shall appear in person at Courtroom 2A, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota, to participate in a scheduling conference

pursuant to Fed. R. Bankr. P. 7016. The subject of the conference shall be all issues posed in those defendants' pending motions for dismissal that were not previously presented to the court in its "common issues" procedure in the litigation out of *In re Petters Company, Inc., et al*, BKY 08-45257. Counsel shall be prepared to address the procedures and timing for the submission of those remaining issues to the court for decision, including:

    a.    any need to coordinate that submission with the rendering of decision on the "common issues" currently under advisement;

    b.    joint settings for hearings in any groups of adversary proceedings that involve common defendants and issues and the coordination of further pre-hearing written submissions; and

    c.    the setting of separate hearings for the submission of all other issues.

2. By *12:00 noon on May 4, 2012*, counsel for all plaintiffs and all defendants shall file statements to identify all such "unique issues" as yet unsubmitted for decision. All such statements shall be filed to the particular adversary proceeding, and shall not be filed to the associated main bankruptcy case(s).

BY THE COURT:

*/e/ Gregory F. Kishel*

_____
GREGORY F. KISHEL
CHIEF UNITED STATES BANKRUPTCY JUDGE