**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Petters Company, Inc., et al.,<br><br>    Debtors.<br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Jointly Administered under<br>Case No. 08-45257<br>Court File No. 08-45257<br><br>Court File Nos.:<br><br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br><br>Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the Court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc.; PC Funding, LLC; and SPF Funding, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Opportunity Finance, LLC; Opportunity Finance Securitization, LLC; Opportunity Finance Securitization II, LLC; Opportunity Finance Securitization III, LLC; International Investment Opportunities, LLC; Sabes Family Foundation; Sabes Minnesota Limited Partnership; Robert W. Sabes; Janet F. Sabes; Jon R. Sabes; Steven Sabes; Deutsche Zentralgenossenschaftbank AG; West Landesbank AG; WestLB New York Branch; and The Minneapolis Foundation,<br><br>    Defendants. | ADV. NO. 10-04301 |

## RESPONSE OF PORTIGON AG TO NOTICE OF HEARING AND MOTION TO AMEND COMPLAINT

Defendant Portigon AG, sued herein as WestLB AG, New York Branch and West Landesbank AG ("WestLB[1]"), by and through its undersigned counsel, submits this Response (the "Response") to the Notice of Hearing and Motion to Amend Complaint (the "Motion") of Douglas A. Kelley, in his capacity as the court-appointed Chapter 11 Trustee (the "Trustee") of the Debtors Petters Company, Inc., PC Funding, LLC; and SPF Funding, LLC (collectively, the "Debtors").

The Motion seeks leave to file a Third Amended Complaint (the "Amended Complaint") in order to add, *inter alia*, certain counts seeking to avoid obligations between the Debtors and Opportunity Finance, as well as the promissory notes that PC Funding gave in connection with various loans between it and Opportunity Finance. Nothing contained in the Amended Complaint challenges the validity of the obligations owed by Opportunity Finance Securitization, III and Opportunity Finance to WestLB. Accordingly WestLB does not oppose the Trustee's request that he be granted leave to file the Amended Complaint. In the event that the Court grants the Motion, WestLB requests that the Court clarify (as the Court has done in its Order allowing the filing of the Second Amended Complaint [Dkt. No. 82]) that no answer[2] or other additional responsive pleading is required by WestLB in response to the Amended Complaint. Nothing in the Third Amended Complaint addresses the issues raised in the Motion to Dismiss,

---

[1] For ease of reference Portigon AG will be referred to as WestLB in the Response.

[2] At this time WestLB has not filed an answer to the Trustee's complaint, pending resolution of certain issues raised in WestLB's Motion to Dismiss [Dkt. No. 44] (the "Motion to Dismiss").

which remains responsive to the Amended Complaint.  WestLB further expressly reserves all of its responses and defenses to the new allegations and claims set forth in the Amended Complaint

Dated:  August 7, 2015                     DORSEY & WHITNEY LLP


                                           By:  /e/ Elizabeth A. Hulsebos
                                           Patrick J. McLaughlin (# 71080)
                                           Thomas O'Kelly III (#0189960)
                                           Eric R. Sherman (#0331430)
                                           Elizabeth A. Hulsebos (#0390389)
                                           50 South Sixth Street, Suite 1500
                                           Minneapolis, MN  55402-1498
                                           Telephone: (612) 340-2600
                                           Facsimile: (612) 340-2643

                                           ATTORNEYS FOR PORTIGON AG, SUED
                                           HEREIN AS WEST LANDISBANK AND
                                           WESTLB AG NEW YORK BRANCH

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Petters Company, Inc., et al.,<br><br>                Debtors.<br>(includes:<br>Petters Group Worldwide, LLC;<br>PC Funding, LLC;<br>Thousand Lakes, LLC;<br>SPF Funding, LLC;<br>PL Ltd., Inc.;<br>Edge One LLC;<br>MGC Finance, Inc.;<br>PAC Funding, LLC;<br>Palm Beach Finance Holdings, Inc.) | Jointly Administered under<br>Case No. 08-45257<br>Court File No. 08-45257<br><br>Court File Nos.:<br><br>08-45258 (GFK)<br>08-45326 (GFK)<br>08-45327 (GFK)<br>08-45328 (GFK)<br>08-45329 (GFK)<br>08-45330 (GFK)<br>08-45331 (GFK)<br>08-45371 (GFK)<br>08-45392 (GFK)<br><br>Chapter 11 Cases<br>Judge Gregory F. Kishel |
| Douglas A. Kelley, in his capacity as the Court-appointed Chapter 11 Trustee of Debtors Petters Company, Inc.; PC Funding, LLC; and SPF Funding, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>Opportunity Finance, LLC; Opportunity Finance Securitization, LLC; Opportunity Finance Securitization II, LLC; Opportunity Finance Securitization III, LLC; International Investment Opportunities, LLC; Sabes Family Foundation; Sabes Minnesota Limited Partnership; Robert W. Sabes; Janet F. Sabes; Jon R. Sabes; Steven Sabes; Deutsche Zentralgenossenschaftbank AG; West Landesbank AG; WestLB AG New York Branch; and The Minneapolis Foundation,<br><br>                Defendants. | ADV. NO. 10-04301 |

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Hulsebos, certify that on August 7, 2015, I caused the foregoing Response of Portigon AG to Notice of Hearing and Motion to Amend Complaint to be served electronically upon all parties who have requested such service in this case by filing the same via ECF.

.

| | |
|---|---|
| Dated: August 7, 2015 | DORSEY & WHITNEY LLP |
| | By: /e/ Elizabeth A. Hulsebos<br>Elizabeth A. Hulsebos (# 0290389) |

2